**In re: Basem ALLAN, Petitioner.**

No. 07–2681.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. July 13, 2007.

Filed July 27, 2007.

---

Basem Allan, Brooklyn, NY, pro se.

Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

OPINION

PER CURIAM.

Pro se petitioner Basem Allan seeks a writ of mandamus to compel the United States District Court for the Eastern District of Pennsylvania to rule on his 28 U.S.C. § 2255 motion to vacate. On June 15, 2007, the District Court entered an order adopting the Magistrate Judge's report and recommendation and denying petitioner's motion to vacate. Therefore, we will deny the petition for writ of mandamus as moot.